UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                                :
UNITED STATES OF AMERICA,                       :
                                                :
             -v-                                :    11-CR-1032-25 (PAE)
                                                :
JOSE BALLENILLA,                                :    ORDER
                                                :
                         Defendant.             :
                                                :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

    IT IS HEREBY ORDERED that the defendant is remanded to the custody of the United States Marshals.

    SO ORDERED.

Dated: December 5, 2019
       New York, New York

                                            PAUL A. ENGELMAYER
                                            United States District Judge