UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JOSE BALLENILLA,

                Defendant.

11-CR-1032-25 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

It is hereby ORDERED that the defendant in the above captioned case, USM Number 66298-054, has been sentenced to a term of imprisonment of "Time Served plus four (4) days", and therefore is to be released subject to any detainers.

SO ORDERED.

                                                                                                   PAUL A. ENGELMAYER
                                                                                                   United States District Judge

Dated: February 7, 2020
       New York, New York