# STAMPUR & ROTH
## ATTORNEYS AT LAW

WILLIAM J. STAMPUR  
JAMES ROTH

299 BROADWAY, SUITE 800  
NEW YORK, N.Y. 10007

(212) 619-4240  
FAX (212) 619-6743

November 10, 2020

**By ECF**

Honorable Paul A. Engelmayer  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

   Re: *United States v. Jose Ballenilla*  
      **11 Cr. 1032 (PAE)**

Dear Judge Engelmayer:

  I write to respectfully request the Court re-appoint me to represent Jose Ballenilla pursuant to the Criminal Justice Act ("CJA"), whom as the Court knows, I have represented in the recent past on a number of supervised release violations.

  Thank you for your attention to this matter.

Very truly yours,

*William J. Stampur*  
William J. Stampur

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 2531.

11/10/2020

SO ORDERED.

_____  
PAUL A. ENGELMAYER  
United States District Judge